255 W. 90TH CORPORATION, Appellant, v. CONOR PYNE, Respondent, Impleaded

with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Belnord Realty Company* v. *Levison* (204 App. Div. 415). Finch and Martin JJ., dissent and vote to modify by granting partial summary judgment in the sum of $225, and as so modified to affirm. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.